UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:21-bk-04001-MGW
Chapter 7

Samuel Lloyd Selig,

    Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL**
**PROPERTY OF THE ESTATE AND NOTICE OF ABANDONMENT**

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> **If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. mail.**
>
> **If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.**
>
> **You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified or eliminated if you do not timely file and serve a response.**

**TO:** Creditors, Debtors and Parties in Interest

    Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell and abandon the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

**PROPERTY OF THE ESTATE BEING SOLD**

1. Description of Property: Excess equity in 2007 Pontiac Solstice VIN No. 1G2MG35X67T132541 of $2,512.92; TD Ameritrade stock of $37.90; New Elementz of $3,222.21

2. Manner of Sale: Private Sale

3. Terms of Sale:

   a. To: Debtor(s)

   b. Sale Price: Total is $5,773.03 to be paid in full on or before November 8, 2021.

   c. All right, title, and interest of bankruptcy estate, if any.

   d. Subject to all liens and encumbrances, if any. No warranties of no liens. No warranties of any kind. Subject to Debtor(s) allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service. If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

### PROPERTY OF THE ESTATE BEING ABANDONED

PURSUANT TO 11 U.S.C. § 554 OF THE BANKRUPTCY CODE AND FED.R.BANKR.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

1. Scheduled real property: 916 Bloomingdale Drive, Davenport, FL 33897

2. Scheduled personal property: 2017 GMC Acadia; household goods and furnishings; electronics; signed Disney Art Prints, David Winter cottages; camera, video camera, Inversion table and binoculars; clothes; wedding band and watch; Bank of America savings (2279) and checking (5709)accounts; Partners savings (0000) and checking (0001) accounts

Dated: September 8, 2021

Respectfully submitted,

/s/ Christine L. Herendeen, Trustee
P.O. Box 152348
Tampa, FL 33684
(813) 438-3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br>SAMUEL LLOYD SELIG, | CASE NO: 8:21-bk-04001-MGW<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/8/2021, I did cause a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/8/2021

/s/ Christine L. Herendeen
Christine L. Herendeen

Herendeen Law, LLC
P.O. Box 152348
Tampa, FL  33684
833 438 3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 8:21-bk-04001-MGW |
| SAMUEL LLOYD SELIG, | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 9/8/2021, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/8/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law, LLC
P.O. Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A8<br>CASE 8-21-BK-04001-MGW<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>WED SEP 8 13-28-31 EDT 2021 | AMERICREDIT FINANCIAL SERVICES INC DBA GM<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | SAMUEL LLOYD SELIG<br>916 BLOOMINGDALE DRIVE<br>DAVENPORT FL 33897-2429 |
| ADVANCED COLLECTION BU<br>PO BOX 560063<br>ROCKLEDGE FL 32956-0063 | AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BK OF AMER<br>4909 SAVARESE CIRCLE<br>TAMPA FL 33634-2413 | CAPITAL ACCOUNTS<br>PO BOX 140065<br>NASHVILLE TN 37214-0065 |
| CAPITAL ONE BANK USA N<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | CITICARDS CBNA<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 | CKS PRIME INVESTMENTS<br>PO BOX 2856<br>CHESAPEAKE VA 23327-2856 |
| DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FIN SVCS LLC<br>POB 15316<br>WILMINGTON DE 19850-5316 |
| DIVERSIFIED ADJUSTMENT<br>600 COON RAPIDS BV<br>COON RAPIDS MN 55433-5549 | FED LOAN SERV<br>POB 60610<br>HARRISBURG PA 17106-0610 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 |
| IRS<br>CENTRALIZED INSOLVENCY OPT<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MARGARET ANN SELIG<br>916 BLOOMINGDALE DRIVE<br>DAVENPORT FL 33897-2429 | MEDICAL BUSINESS BUREA<br>1460 RENAISSANCE DRIVE<br>PARK RIDGE IL 60068-1331 |
| NBT BANK NA<br>52 S BROAD ST<br>NORWICH NY 13815-1699 | NEW RES SHELLPOINT MTG<br>55 BEATTIE PLACE<br>GREENVILLE SC 29601-2165 | PERSONAL MINI STORAGE<br>100 LAKE DAVENPORT BLVD<br>DAVENPORT FL 33897-9400 |
| SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE WI 53566-1364 | SYNCBNETWRK<br>CO PO BOX 965036<br>ORLANDO FL 32896-0001 | WEBBANKDFS<br>PO BOX 81607<br>AUSTIN TX 78708-1607 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CM/ECF E-SERVICE | CM/ECF E-SERVICE | CM/ECF E-SERVICE |
|---|---|---|
| UNITED STATES TRUSTEE   TPA713 + <br> TIMBERLAKE ANNEX SUITE 1200 <br> 501 E POLK STREET <br> TAMPA FL 33602-3949 | ELAYNE M CONRIQUE + <br> PEREZ CONRIQUE LAW <br> 746 NORTH MAGNOLIA AVENUE <br> ORLANDO FL 32803-3809 | CHRISTINE L HERENDEEN + <br> POST OFFICE BOX 152348 <br> TAMPA FL 33684-2348 |

CASE INFO

 NOTE  ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF

ADDRESSES WHERE AN EMAIL RECIPIENT RECEIVED OUR EMAIL "CM/ECF 1-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

USTPRegion21.TP.ECF@USDOJ.GOV

(Debtor)
Samuel Lloyd Selig
916 Bloomingdale Drive
Davenport, FL 33897
represented by:
Elayne M Conrique
Perez Conrique Law
746 North Magnolia Avenue
Orlando, FL 32803

bankruptcyecf@eperezlaw.com

(Trustee)
Christine L Herendeen
Post Office Box 152348
Tampa, FL 33684

clherendeen@herendeenlaw.com

(Creditor)
Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

CSBK@GMFINANCIAL.COM