UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:21-bk-04001-MGW
Chapter 7

Samuel Lloyd Selig,

        Debtor(s).
_____/

## BILL OF SALE

Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate, has sold the following property to Debtor(s), Samuel Selig, for $5,773.03, receipt of which is hereby acknowledged:

    Excess equity in 2007 Pontiac Solstice VIN No. 1G2MG35X67T132541; TD Ameritrade stock; New Elementz

Dated: November 3, 2021

                                    Respectfully submitted,

                                    /s/ Christine L. Herendeen
                                    Christine L. Herendeen, Trustee
                                    P.O. Box 152348
                                    Tampa, FL 33684
                                    (813) 438-3833

Copies served via CM/ECF: U.S. Trustee and Debtor's Attorney